UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA


LISA FORSELL PERRY and           )
GEORGE WELCH PERRY,              )
                                 )
            Plaintiffs,          )
                                 )
v.                               )          No. 1:04-CV-195
                                 )
KELLY HERD, individually, and    )          Judge Curtis L. Collier
KELLY HERD d/b/a GOLD CREATIONS, )
and KELLY HERD, LLC, a Tennessee )
Limited Liability Company        )
                                 )
            Defendants.          )


## O R D E R

In accordance with the accompanying memorandum, the Court hereby **GRANTS** Plaintiffs'

"Motion For Relief From Order" (Court File No. 62).  At trial, Plaintiffs may pursue their claims

of copyright infringement with respect to the following three pieces of jewelry: (1) Western Pleasure

Pendant  (Loop) (VA 581-177), (2) Cindy Mare (VA 583-009), and (3) Plain Jumper (VA 583-009).


**SO ORDERED.**

**ENTER:**