UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| LISA FORSELL PERRY and GEORGE WELCH PERRY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | Case No. 1:04-CV-195 |
| KELLY HERD, individually, and KELLY HERD d/b/a GOLD CREATIONS | ) ) ) | Judge Curtis L. Collier |
| Defendants. | ) ) ) | |

**O R D E R**

The Court's file reflects Defendant Kelly Herd has filed a petition for relief under the provisions of Chapter 7, Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Tennessee (Court File No. 80). Accordingly, this action is **STAYED**, pursuant to the automatic stay provisions of 11 U.S.C. § 362. The Court will not proceed with any post-trial motions until the stay is lifted. When the stay is lifted by the bankruptcy court in such a way that this Court may proceed, the parties are **ORDERED** to notify the Court within **FIVE DAYS** that the stay has been lifted. Further, within **FIVE DAYS** after the stay is lifted, the parties are **ORDERED** to **FILE** a **PROPOSED AGREED ORDER** setting briefing deadlines on Plaintiffs' motion for forfeiture of property and permanent injunction (Court File No. 76). Once the injunction issue is determined, a final judgment will be entered.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**